James R. MELTON, Claimant, Appellant,

v.

TEXAS TOY COMPANY, Debtor,
Appellee.

No. 18424.

United States Court of Appeals
Fifth Circuit.

Nov. 16, 1960.

Wm. Andress, Jr., Dallas, Tex., for appellant.

Wm. Madden Hill, Dallas, Tex., for appellee.

Before RIVES, Chief Judge, and BROWN and WISDOM, Circuit Judges.

PER CURIAM.

We find ourselves in complete agreement with the findings, conclusions, opinion and order of the Referee in Bankruptcy with respect to the claim of James R. Melton. The judgment of the district court is therefore

Affirmed.

UNITED STATES of America,
Appellant,

v.

Mrs. Finer Elizabeth GREENWAY,
Appellee.

No. 18487.

United States Court of Appeals
Fifth Circuit.

Nov. 29, 1960.

Charles D. Read, Jr., U. S. Atty., Atlanta, Ga., for appellant.

Inslee M. Johnson, Atlanta, Ga., for appellee.

Before RIVES, Chief Judge, and TUTTLE and WISDOM, Circuit Judges.

PER CURIAM.

This appeal from a judgment based on a jury verdict on a policy of National Service Life Insurance is ruled by Peak v. United States, 353 U.S. 43, 77 S.Ct. 613, 1 L.Ed.2d 631. Under the principle enunciated in that case we think that the jury could find not only that the insured serviceman was dead at the expiration of the seven year statutory period, but also that he died between his last appearance on March 23, 1944, and the expiration of his insurance policy on June 30, 1944.

Judgment affirmed.